# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **KEVIN E. CORCORAN** | : | **DOCKET NO. 06-0386** |
| **VS.** | : | **JUDGE MINALDI** |
| **BLUE CROSS BLUE SHIELD OF LOUISIANA** | : | **MAGISTRATE JUDGE WILSON** |

## JUDGMENT

In accordance with today's memorandum opinion,

It is ORDERED, ADJUDGED, and DECREED that judgment be, and it is hereby entered in favor of defendant, LOUISIANA HEALTH SERVICE & INDEMNITY CO. d/b/a BLUE CROSS BLUE SHIELD OF LOUISIANA and against plaintiff, KEVIN E. CORCORAN, dismissing with prejudice plaintiff's claims against said defendant in their entirety. All assessable court costs shall be borne by plaintiff.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, on September 11, 2006.

_____
ALONZO P. WILSON
UNITED STATES MAGISTRATE JUDGE